UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**NOEL WAYNE LEATHERS,**

    **Plaintiff,**

v.                                        Case No. 3:25cv51-TKW-HTC

**SPECIALIZED LOAN
SERVICING, LLC,**

    **Defendant.**
_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 3) and Plaintiff's objection (Doc. 4). The Court reviewed the issues raised in the objection do novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's determination that this Court does not have jurisdiction to hear this case under the *Rooker-Feldman* doctrine. Accordingly, it is

**ORDERED** that:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.    This case is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

3. The Clerk shall close the case file.

**DONE AND ORDERED** this 7th day of February, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:25cv51-TKW-HTC